UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04010
    JOHN BALICKI
    SHELLEY BALICKI                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX
        Debtor
    SSN XXX-XX-3293    SSN XXX-XX-6827

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/21/2008 and was not confirmed.

    The case was converted to chapter 7 without confirmation 05/22/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GE CONSUMER FINANCE | UNSECURED | 2972.27 | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 6770.95 | .00 | .00 |
| NATIONAL CITY BANK ~ | UNSECURED | 8286.81 | .00 | .00 |
| RRCA ACCTS MANAGEMENT IN | UNSECURED | 50.00 | .00 | .00 |
| AMERICAN EXPRESS BANK | UNSECURED | 871.09 | .00 | .00 |
| AMERIPATH INSTITUTE OF P | UNSECURED | NOT FILED | .00 | .00 |
| ANTONIETTE & ASSOCI | UNSECURED | 6934.00 | .00 | .00 |
| A STEP AHEAD FOOTCARE | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOVASCULAR CONSULTAN | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST AMERICAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/HH GREGG | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/HH GREGG | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/JCPENNY | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/OLD NAVY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1214.93 | .00 | .00 |
| GEMB/GAP | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/TWEETER | UNSECURED | NOT FILED | .00 | .00 |
| GEMBPPBYCR | UNSECURED | NOT FILED | .00 | .00 |
| GMAC MORTGAGE CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| GMAC MORTGAGE CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| GUARANTY BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BEST BUY | UNSECURED | NOT FILED | .00 | .00 |

```
DR KINDANA BIRHANU          UNSECURED     NOT FILED              .00            .00
KOHLS                       UNSECURED     NOT FILED              .00            .00
EVERGREEN EMERGENCY SERV    UNSECURED     NOT FILED              .00            .00
MILDRED SPENCER             UNSECURED     NOT FILED              .00            .00
NATIONAL CITY CREDIT CAR    UNSECURED     NOT FILED              .00            .00
RETAIL SERVICES             UNSECURED     NOT FILED              .00            .00
CITY OF DEKALB PARKING      UNSECURED     NOT FILED              .00            .00
SEARS                       UNSECURED     NOT FILED              .00            .00
SPRINT                      UNSECURED     NOT FILED              .00            .00
CARMAX AUTO FINANCE         SECURED VEHIC   7206.00              .00            .00
WELLS FARGO AUTO FINANCE    SECURED VEHIC  13300.00              .00         330.97
WELLS FARGO AUTO FINANCE    UNSECURED       8985.65              .00            .00
WELLS FARGO FINANCIAL BA    CURRENT MORTG        .00              .00            .00
WACHOVIA DEALER SERVICES    SECURED VEHIC   5047.00              .00         125.59
ILLINOIS DEPT OF EMP SEC    PRIORITY      NOT FILED              .00            .00
SALLIE MAE 3RD PARTY LSC    PRIORITY      NOT FILED              .00            .00
SALLIE MAE 3RD PARTY LSC    PRIORITY      NOT FILED              .00            .00
WELLS FARGO FINANCIAL BA    SECURED NOT I   5751.67              .00            .00
WACHOVIA DEALER SERVICES    UNSECURED        199.16              .00            .00
LVNV FUNDING LLC            UNSECURED       1602.83              .00            .00
JAHNKE & TOOLIS             DEBTOR ATTY     2,534.00                       1,043.03
TOM VAUGHN                  TRUSTEE                                          130.41
DEBTOR REFUND               REFUND                                             .00
```

Summary of Receipts and Disbursements:
```
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 1,630.00

PRIORITY                                             .00
SECURED                                           456.56
UNSECURED                                            .00
ADMINISTRATIVE                                   1,043.03
TRUSTEE COMPENSATION                               130.41
DEBTOR REFUND                                        .00
                    ---------------        ---------------
TOTALS                 1,630.00              1,630.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 08/20/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE

                          PAGE  2
          CASE NO. 08 B 04010 JOHN BALICKI & SHELLEY BALICKI